RAY GARWACKI, JR., Esq., State Bar #100765
KAREN A. RAGLAND, Esq., State Bar #108560
GARWACKI & ASSOCIATES
5111 Dahlia Drive, Suite A
Los Angeles, California 90041
(323) 344-4100
(323) 344-4105 fax

Attorneys for Plaintiff
RESOURCE AUTOMOTIVE, INC.,
an Illinois Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE AUTOMOTIVE, INC., an Illinois Corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE AUCTION SYSTEMS, INC., a Nevada Corporation<br><br>　　　　Defendants. | CASE NO. SACV 10-175-JVS (ANx)<br><br>COURT JUDGMENT<br>[F.R.C.P. 55(2)] |

In the above-referenced action, the Defendant, NATIONWIDE AUCTION SYSTEMS, INC., a Nevada Corporation , having been properly served with a copy of the Summons and Complaint, having failed to appear and answer the Complaint within the time allowed by law, the default of said Defendant having been duly entered on March 30, 2010, and Plaintiff having applied to the Court for Judgment, the Court, pursuant to declaration prescribed by Rule 55(2 )of the Federal Rules of Civil Procedure and the testimony of Sophocles Karapas and considered by the Court, now orders the following Judgment:

///

///

1

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff, RESOURCE AUTOMOTIVE, INC., an Illinois Corporation, have and recover from Defendant, NATIONWIDE AUCTION SYSTEMS, INC., a Nevada Corporation:

    (a)    The principal balance of $120,403.74 plus interest at the annual rate of 10.00% per annum from September 19, 2008 to September 30, 2010 in the amount of $24,443.61, for a total sum of $144,847.35.

Dated: November 5, 2010  _____
JAMES V. SELNA
U.S. DISTRICT COURT JUDGE

2